EXHIBIT A

*37IL*
*IL9346*

## AGREEMENT          Final Draft

THIS AGREEMENT made and entered into this ___6___ day of _____May_____, 1993, by and between Bricklayers, Masons, Plasterers, Tile Setters and Cement Finishers Local Union No. 37 as chartered by the International Union of Bricklayers and Allied Craftsmen (hereinafter the "Union") and the Kankakee Area Contractor's Association, Inc., an Illinois corporation (hereinafter the "Employers").

### W I T N E S E T H :

WHEREAS, the Employers and the Union each respectively have economic interests and commitments to promotion of quality tradesmen within the geographic area in which they perform services; and

WHEREAS, the Masonry Industry, in particular, and the Construction Industry, in general, will benefit by close cooperation of the parties hereto and the provisions hereinafter set forth will promote a system under which the Employers, the Union and its membership will benefit by definition of the respective right and obligations of the parties hereto and the methods by which grievances, differences and claims between them, if any, may be adjusted and determined.

NOW THEREFORE, in consideration of the mutual promises, agreements, representations, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree and bind themselves as follows:

### RECITALS

The foregoing recitals are hereby incorporated in the body of this Agreement as if set forth herein verbatim.

### TERM

This Agreement shall exclusively control the operation of Masonry and related crafts and skills as more particularly set

1

forth below from the date of execution hereof and it shall remain in full force and effect until May 31, 1995. Should services be provided to the Employers after such date by the Union without benefit of a written agreement then the terms of this Agreement shall control the rights and obligations of the parties to each other so long as such services are provided by the Union or its membership.

## GEOGRAPHIC SCOPE

This Agreement shall exclusively control the operation of Masonry and related crafts and skills in the Counties of Kankakee and Iroquois, State of Illinois.

## RECOGNITION

The Employers recognize the Union as the sole and exclusive representative within the geographic scope of this Agreement for all Bricklayers, their allied craftsmen and their apprentices for the purposes of collective bargaining with respect to : rates of pay, wages, hours of employment, working conditions, welfare of its membership and pensions.

## UNION SECURITY

It shall be a condition of employment that all Bricklayers and Allied Craftsmen of the Employers shall be Members of the Union in good standing or otherwise be authorized by the Union to provide services to the Employer. All new Employers covered by this Agreement shall be required to become and remain Members of the Union as a condition of employment from and after the seventh (7th) day following such employee's date of hire. Should any employee covered hereunder fail to comply with the provisions of this paragraph because of nonpayment of dues, nonpayment of initiation fees, noncompliance with the Union's By-Laws, Rules and/or Regulations, then, in such event the Employers must discharge said employee according to the National Labor Relations Act, as amended, within twenty-four (24) hours of notice to an Employer by the Union of any such failure.

2

## DESIGNATION OF COVERED WORK

The Employers shall exclusively use Union members for performance of the following:

Cement Masonry Work - For the purpose of this Agreement, Cement Masonry Work shall be defined as:

Foremanship over all concrete construction, all concrete and composition work of whatever nature, such as buildings, bridges, silos, elevators, smoke stacks, curbs and gutters, sidewalks, streets and roads, paving, alleys and roofs, mass or reinforced concrete slabs and all flat surfaces or cement, the rodding and finishing of same, whether done by float, trowel, machine or any other process. The rodding and tamping of all concrete and the spreading and finishing of all top materials, sills, coping, steps, stairs, risers and running all cement and plastic material with a six (6) inch base or less, finishing or washing of all concrete construction, using any color pigment when mixed with cement whether done by brush, broom, trowel, float or any other process, operation of machines for scoring floors or any purpose that they may be used for in connection with the Cement Mason trade, stricking off, floating and finishing of all walls, piers and foundations, the setting of all screeds, stakes and forms on floor and sidewalks, whether wood or steel forms are used, the setting of all curb and gutter forms whether wood or steel forms are used, the setting of all forms for paved ditch and slope walls, the setting of all wood forms for hard roads, streets and alleys, the setting of all wood forms inside the property line for paving such as parking lots, driveways and storage lots, the setting of all expansion joints in floors, sidewalks, driveways, or any other flat surface of concrete, cutting of all construction and contracting joints on hard roads, streets, alleys, floors, sidewalks or any other flat surface of concrete with a skill saw or any other machine used for that purpose, all preparation work on concrete construction to be finished or rubbed, such as cutting of nails, wires, wall ties, etc., the patching, brushing, chipping and bush-hammering, rubbing or grinding if done by machine or carborundum stone of all concrete construction, the pointing, patching and

3

caulking around all steel or metal window frames that touch concrete, laying and finishing of gypsum material roof, dry packing, grouting and finishing in connection with setting all machinery such as engines, pumps, generators, air compressors, tanks, etc., that is set in concrete foundations, all finishing in connection with prefabricated and prestressed construction on job sites including supervision of same such as sidewalks, stoops, floor slab beams, joist, walls, columns, screeding, finishing, rubbing, grouting, caulking and patching of same, applying of hardener on finished concrete floors whenever necessary, whether by chemical compound or otherwise, regardless of tools used.  The spreading, screeding darbying and trowel finishing of all types of magnesium oxychloride cement composition floors, including all types of oxychoride, granolithis or terrazzo composition floors, hand grinding or machine grinding; the preparation of all sub-floor surfaces, bonding, preparation and installation of ground or base courses, steps and cove base. The waterproofing of all work such as thoroseal, ironite, plasterweld and any similar product regardless of the tools used or the method of application or color of material used and regardless of the type of base these materials may be applied to.  Cement Masons shall operate all vibrating screeds or strike off that which is motor driven or air driven for the purpose of bringing concrete slab to grade and ready for finishing.  Cement Masons shall operate floating machines and troweling machines that are being used on any floor, sidewalk or any other surface where covered material is being placed and finished.

Bricklaying Masonry Work - For the purpose of this Agreement Bricklaying Masonry Work shall be defined as:

Bricklaying Masonry shall consist of the laying of bricks made from any material in, under or upon any structure or form of work where bricks are used, whether in the ground, or over its surface, or beneath water; in commercial building, rolling mills, iron works, blast or smelter furnaces, lime or brick kilns; in mines or fortifications, and in all underground work, such as sewers, telegraph, electric and telephone conduits.  All fireproofing,

4

blockarching, terra cotta cutting and setting, the laying of all
tile, mineral-wool, cork blocks and glass masonry, or any
substitute for above material, the filling of all joints on the
same when such sewers or conduits are of any vitreous material,
burnt clay or cement, or any substitute material used for the above
purpose, the setting, pointing and striking joints of cut stone and
artificial stone, and setting, cutting and trimming either with
hand or power tools of fire brick terra cotta and hollow tile and
the pointing up of all brick, stone or terra cotta on new and old
buildings. All brick paving and installations of all brick work
and other refractory materials with reference to the installation
of boilers and furnaces and their brick work or refractory material
repairs and replacements and all other construction where firebrick
or other refractory materials are used, including all boiler
baffles, made of tile or refractory materials shall be the work of
Bricklayers. All plastic or poured refractory materials whenever
used, including boiler baffles, shall be under the supervisor of
a Bricklayer. The installation of nail on brick work and of all
panels fabricated with such chemical compounds, as thiokols, epoxy
resins, plyesters, etc. adaptable for use in the masonry industry.

Stone Masonry Work - For the purpose of this Agreement Stone
Masonry Work shall be defined as:

The laying of all rip rap, rubble work or flagstone, with or
without mortar, setting all cut stone, marble, slate or stone work
(meaning as to stone, any work manufactured from such foreign or
domestic products as are specified and used in the interior or on
the exterior of building by architects, and customarily called
"stone" in the trade).

Concrete Block Work - For the purpose of this Agreement
Concrete Block Work shall be defined as:

The cutting, laying, pointing, caulking, cleaning, of all
concrete block units, or similar units or substitutes, regardless
of the size, and the handling and application of the loose
aggregate, and shall include all sewer work eight inches or over,
composed of cement, clay or substitute material. It shall include
fabrication at the plant and setting on the job of all masonry

5

components.  Additionally, the installation of all insulation which is pumped, poured or placed into a masonry block core or cavity created between a masonry exterior wall and an interior wall or a masonry interior wall of any type.

Marble, Mosaic and Terrazzo Work - For the purpose of this Agreement Marble, Mosaic and Terrazzo Work shall be defined as:

All work concerning installation of marble mosaic, venetian enamel and terrazzo, including the cutting and assembly of art ceramic, glass mosaic, the casting of all terrazzo in shops and mills and all scratch coat on walls and ceilings where mosaic and terrazzo is to be applied and all bedding above concrete floors or walls, that the preparation, laying or setting of the metal or wooden strips and grounds, where mosaic and terrazzo is to be applied.

Tile Layer's Work - For the purpose of this Agreement Tile Layer's Work shall be defined as:

The laying or setting of all tile where used for floors, walls, ceilings, walks, promenade roofs, stair treads, stair risers, facings, hearths, fireplaces, and decorative inserts, together with any marble plinths, thresholds or window stools used in connection with any tile work; also to prepare and set all concrete, cement, brickwork, or other foundation or materials that may be required to properly set and complete such work; the setting or bedding of all tiling, stone, marble, composition, glass, mosaic, or other materials forming the facing, hearth or fireplace of a mantle, or the mantle complete, together with the setting of all cement, brickwork, or other material required in connection with the above work; also the slabbing and fabrication of tile mantels, counters and tile panels of every description and the erection and installation of same and the building, shaping, forming, construction, or repairing of all fireplace work, whether in connection with a mantle hearth facing or not, and the setting and preparing of all material, such as cement, plaster, mortar, brickwork, iron work or other materials necessary for the proper and safe construction and completion of such work.

6

Plastering Work - For the purpose of this Agreement Plastering Work shall be defined as:

All exterior or interior plastering, plain or ornamental, when done with stucco, cement and lime mortars or other materials, artificial marble work, when applied in plastic form, composition work in all its branches, the covering of all walls, ceilings, soffits, piers, columns or any part of a construction of any sort when covered with any plastic material in the usual methods of plastering, is the work of the Plasterer. The casting and sticking of all ornaments of plaster or plastic compositions, the cutting and filling of cracks. All cornices, molding, coves, and bullnoses shall be run in place on rods and white mortar screeds and with a regular mold, and all substitutes of any kind, when applied in plastic form with trowel, or substitute for same, is the work of the Plasterer.

Pointing, Caulking and Cleaning Work - For the purpose of this Agreement Pointing, Caulking and Cleaning Work shall be defined as:

Pointing, caulking and cleaning consists of the pointing, caulking and cleaning of all types of masonry, caulking of all types of masonry, caulking of all window frames incased in masonry on brick, stone or cement structures, including all grinding and cutting out on such work and all sand blasting, steam cleaning and gunite work and the pointing, cleaning and weatherproofing of all buildings, grain elevators and chimneys built of stone, brick or concrete and all grinding and cutting out, sand blasting and gunite work on same.

Shoddies, Broken and Random Ashlar Work - For the purpose of this Agreement Shoddies, Broken and Random Ashlar Work shall be defined as:

Cutting all shoddies, broken ashlar or random ashlar that is roughly dressed upon the beds and joints, and range ashlar not over ten (10) inches in height; the dressing of all jambs, corners and ringstones that are roughly dressed upon the beds, joints or reveals, and the cutting of a draft upon same for plumbing purposes only; and the cleaning and pointing of stone work. This definition is to all work on buildings, sewers, bridges, railroad or other

7

public works, and to all kinds of stone.

## JURISDICTIONAL DISPUTES

The Employers, or any entity hiring Union members, and the Union shall, in good faith, meet upon twenty-four (24) hours written notice by either party and attempt to settle any dispute of whether a particular type of work was contemplated to be done by the Union in accordance with this Agreement or was contemplated to be done by another craft or trade. Should the Employer(s) not be able to agree with the Union as to whether the disputed work is to be covered work hereunder or not the parties agree to binding arbitration by an impartial party according to the Illinois Arbitration Act, as amended. For the purpose of this paragraph, notice by facsimile transmission shall constitute written notice.

## REFERRAL SYSTEM

The parties hereto acknowledge that the job referral system as hereinafter provided is in the best interest of maintaining an efficient system of production, promotion of quality craftsmanship, providing an orderly procedure to facilitate employment to the Employers on an as needed basis and to eliminate discriminatory hiring practices.

No employer hereunder shall employ any employee not referred to such employer by the union, unless such employment is specifically provided for hereinbelow.

Employers shall give twenty-four (24) hours advance notice to the Union whenever they require hiring of personnel to perform covered work. All such notice shall set-forth:

1. the job location;
2. duration, extent and classification of the covered work;
3. the number of journeymen requested from the Union; and
4. the date and time such journeymen are to report to work.

All personnel referred to Employers by the Union shall be referred in accordance with the following:

Group I Applicant - Personnel having three (3) years experience in performance of covered work within the

8

geographic scope of this Agreement and having performed one hundred (100) hours of covered work within the six (6) months immediately preceding any contemplated referral shall be designated a Group I Applicant.

Group II Applicant - Personnel having three (3) years experience in performance of covered work outside the geographic scope of this Agreement shall be designated a Group II Applicant.

Group III Applicant - Personnel having less than three (3) years experience in performance of covered work but more than six (6) months experience in performance of covered work within the geographic scope of this Agreement shall be designated a Group III Applicant.

Group IV Applicant - Personnel having experience in performance of covered work which have never worked within the geographic scope of this Agreement shall be designated a Group IV Applicant.

Employers may at any time request any Group I Applicant for employment from the Union for hiring as a special applicant. Employers may only request a Group II Applicant from the Union as a special applicant if, and only if, fifty percent (50%) of the personnel performing covered work for that particular Employer were Group I Applicants.  Employers may only request a Group III Applicant as a special applicant if fifty percent (50%) of the personnel performing covered work for the particular Employer are Group I and Group II Applicants.  An Employer may only request a Group IV Applicant as a special applicant if fifty percent (50%) of the personnel performing covered work for that particular Employer are Group I, II and III Applicants.

When an Employer, without requesting a named applicant as set forth above, requests personnel for hiring the Union shall first refer all Group I Applicants.  When all Group I Applicants available for work have been employed, then, the Union shall refer all Group II Applicants.  When all Group II Applicants have been employed, then, the Union shall refer all group III applicants. When all Group III Applicants have been employed, then, the Union

9

shall refer all Group IV Applicants.

The Union shall refer all applicants within a group in chronological order of their registration with the Union. The Union shall keep all group registration lists open to applicant and Employer inspection during regular business hours.

The referral system as set forth herein is acknowledged by the parties hereto to be nondiscriminatory and shall be administrated so as not to be affected by Union membership. The Employers retain the right to reject any applicant referred to them by the Union.

Should any dispute arise concerning the rights of the Employer, the Union, employees or applicants for employment under the referral system as provided for herein, such dispute shall be arbitrated in accordance with the Illinois Arbitration Act.

The Union and the Employer shall post the referral system provided for herein where it is visible to applicants for employment or otherwise customarily posted.

## MANAGEMENT RIGHTS OF EMPLOYERS

The Employers retain the right to manage their operations and direct the work force. Employers shall have the right to designate the number of men to be used on any particular job, with the expressed exception of those jobs involving blocks or stone in excess of forty (40) pounds and or hanging scaffolds as set forth in the safety provisions hereinbelow.

The Employers may discharge or lay-off employees doing covered work according to the quality of work performed by said employees. Should the business agent or steward on a job request the reason for a discharge the Employer will submit said reason(s) to the Union in writing not more than three (3) days after such request.

## WAGES, PENSION, HEALTH & WELFARE, CHECK-OFF

The Employer shall pay wages, contribute to the employee pension and health and welfare funds, and pay the Union working assessments and Union dues in accordance with Schedule A as attached hereto and made part hereof.

10

When epoxy is put down there shall be an increase of twenty-five cents (.25¢) per hour above the regular scale of wages.

When grinding concrete for less than four (4) hours, four (4) hours will be paid; if more than four (4) hours, eight (8) hours will be paid at the rate of twenty-five cents (.25¢) per hour above the regular scale of wages.

Any work done on swinging or hanging scaffolds, there shall be two (2) employees as a safety measure.  Each to receive fifty cents (.50¢) per hour above regular scale of wages.

Work assigned to trowel trades in sewers, on manholes, catch basins, conduit or tunnel work shall be paid for at the rate of twenty-five cents (.25¢) per hour above the regular scale of wages. If less than four (4) hours, four (4) hours will be paid; if more than four (4) hours, eight (8) hours will be paid.

Any Brick Mason designated to operate the masonry saw for cuts other than his own, shall receive twenty-five cents (.25¢) per hour above the regular scale of wages for hours worked on the saw.

Foreman must supervise all layout work and give all orders to journeymen and apprentices.  The foreman on the job shall receive no less than One Dollar ($1.00) per hour extra pay above the regular scale of wages.

Notwithstanding anything herein to the contrary, all covered work performed on single family residential housing units containing not more than 3000 square feet of living area (excluding basement and garage areas) shall be compensated at a rate 25% less than the rate set forth on Exhibit A hereto.  The operation of this paragraph shall not affect health and welfare pension or any other benefits covered and/or provided under this agreement.

Each employer, in addition to wages set forth on schedule A hereto, shall pay to the union 1 cent for each hour worked performing covered work hereunder as a contribution to a Construction Industry Advancement Fund.  Each month the union shall account for amounts paid and received into said fund and remit such funds to the Kankakee Area Contractor's Association.  The union shall have no responsibility to collect funds due under this subparagraph and the Kankakee Area Contractor's Association does

11

hereby indemnify and hold the union harmless from any and all claims demands lawsuits and arbitrators arising out of the provisions herein contained. The 1 cent per hour contribution provided for herein shall not be construed, interpreted or held to be wages, salaries or other compensation for any purpose whatsoever.

### BONDING REQUIREMENTS

Unless waived by mutual agreement between the Employer and the Union, any Employer who has not maintained a business office within the jurisdiction covered by this Agreement for at least one full year immediately preceding the execution of this Agreement shall obtain and maintain during the term of this Agreement a surety bond in the amount of Five Thousand Dollars ($5,000.00) to guarantee to his employees working under this Agreement the payment of wages and fringe benefits, including Pension Funds and Welfare Funds payment.

In the event of failure, default or refusal of the Employer to meet his obligations to his employees or the Pension Fund and Welfare Funds, when due, the Union aggrieved employees or the Trustees of the Pension Fund and Welfare Funds, after written notice to the Employer and bonding company, may file claim to obtain payment, costs and reasonable attorney fees thereon from the applicable surety bond.

Failure of an Employer to obtain and maintain an effective surety bond as required herein, or failure, and default by an Employer of payment of obligations covered by this Agreement in excess of the amount of the surety bond may, at the option of the Union, be declared by the Union a gross breach of this Agreement in consequence of which the Union shall have the right to resort to economic and other sanctions against said Employer.

In the event the Union agrees to waiver or fails to secure the above bond, the problem becomes one between the Union and the violating contractor and shall cause no work stoppage or liability to any other contractor or the general contractor on the project.

### SAFETY AND HYGIENE

12

When Bricklayers are working on any job or building where other men are working over them, such as carpenters, iron workers, or laborers, there shall be a suitable covering of plank placed over them to protect them from anything falling on them while at work.  All motors on saws to be grounded.

Any straight edge or strike off over eight (8) feet in length, shall require two (2) cement finishers if the slump of concrete is three (3) inches or less.

Contractors must have at least two (2) Cement Finishers on any and all jobs after dark.

There must be a toilet on each job or leave given for such purposes. A suitable employee change house and lunch room must be provided and heated when needed.

Members of the trowel trades shall be given time to clean their tools at the end of a day's work and have them in the change house by quitting time.  A minimum of five (5) minutes shall be allowed.

In no case shall a scaffold be dismantled to a point where it may cause injury to workers.  Working height of scaffolds shall be a maximum of fifty-six (56) inches.  Hopboard shall be a maximum of twenty-four (24) inches to top out only.  Top out shall not exceed fifty-six (56) inches above hopboard; forty-eight (48) inches above hopboard if wall is struck on the backside.  The base scaffolding will be five (5) planks wide when hopboards are used.

No six (6) foot panels or higher will be allowed to be used for masonry scaffolding unless adjusted to a proper working height. Working height shall be determined by the business agent and steward on the job.

Two (2) men shall be used to lay blocks weighing forty (40) pounds or over.

In no case shall men be laid off for the stocking of scaffolds and there shall be no time off between starting and quitting time for the building and stocking of scaffolds.

Contractors shall furnish dust collectors or masks, ear plugs and safety glasses to operators of a dry saw, and rubber aprons, ear plugs and rubber gloves to operators of a wet saw.

All ladders for scaffolds shall be of OSHA Requirements, thirty-six (36) inches above the top of scaffolds and tied off.

When a self-propelled curb machine is used on specific jobs, it shall be at the discretion of the foreman whether two (2) or three (3) finishers shall be required.

Work done on swinging or hanging scaffolds, shall require a minimum of two (2) employees as a safety measure.

Any employee refusing to comply to the safety standards as established in the "Occupation Safety and Health act of 1970 and/or the Safety and Health Regulations for Construction Act of 1968," effective April 28, 1971, after one warning by the foreman and/or superintendent through the steward, shall be dismissed immediately without question.

### HOURS OF LABOR

All laws and resolutions which tend to shorten the hours of labor when constitutionally expressed and approved by the International Union shall be strictly enforced by this Union.

Eight (8) hours shall constitute a day's work.  Work shall begin at 7:00 a.m. and end at 3:30 p.m.  Work breaks shall be as follows:

1).  9:30 a.m. - a ten (10) minute work break; and

2).  2:00 p.m. - a ten (10) minute work break; and

3).  On any shift work or overtime, work breaks shall be scheduled by the Job Foreman and the Business Agent, but in no event shall the work breaks be held less frequently than once in each four (4) hour period.

Said period to be used by the employee as a coffee break and to be paid by the employer.  A one half (1/2) hour lunch break shall be provided employees after the first 4 hours of the work day.  The noon hour may be curtailed by a special agreement between the Employer and employee by the majority of the masons working on the job, but not in any way as to permit more than eight (8) hours between the hours mentioned.  In the event employees work under a specifically agreed curtailed lunch period, and said lunch period is not provided during that 8 hour work day, then said employees so working shall be paid one and one half (1 1/2) times their rate

of pay for such 1/2 hour lunch period.  Should work continue for an excess of 10 hours, a second paid one half (1/2) hour meal break shall be provided.

Night work and work done after 3:30 p.m. will be considered overtime and must be charged at the rate of time and a half (1½). All work done on Sunday, Fourth of July, Thanksgiving, Christmas, New Year's Day, Labor Day, and Armistice Day, or days celebrated as such, must be charged at double time.

Members of Local #37 will receive time and a half (1½) for all overtime including Saturday work.  Double time will be paid for all Members of Local #37 for Sunday and Holidays.

Work done between 3:30 p.m. and 7:00 a.m. and Saturday shall be paid at the rate of time and a half (1½).  Sunday, Memorial Day, Fourth of July, Thanksgiving, Christmas, Labor Day and New Year's Day or days celebrated as such shall be paid at the rate of double time.  Veteran's Day will be celebrated day after Thanksgiving. No work shall be done on Labor Day.

When what is known as three (3) shift work is carried on, the first shift shall work seven and one-half (7½) hours between the hours of 7:00 a.m. and 3:00 p.m. and be paid for eight (8) hours at the regular rate of wages.  The second shift shall work seven and one-half (7½) hours between the hours of 3:00 p.m. and 11:00, and be paid for eight (8) hours at the regular rate of wages.  The third shift shall work seven (7) hours between the hours of 11:00 and 6:30 a.m. and be paid for eight (8) hours at the regular rate of wages.  No overtime on Saturday morning shift (11:00 to 6:30 a.m. Saturday).

If what is commonly known as two (2) shift work is performed and the contractor desires to start the shift at 7:00 a.m., said shift will work seven and one-half (7½) hours between the hours of 7:00 a.m. and 3:00 p.m. and be paid for eight (8) hours at the regular rate of wages.  The second shift of two shift work shall be performed seven and one-half (7½) hours between the hours of 3:00 p.m. and 11:00 and the employees shall be paid for eight (8) hours at the regular rate of wages.

If the contractor desires to start the first shift before 7:00 a.m., the first shift shall work seven (7) hours and be paid for eight (8) hours at the regular scale per hour; the second shift shall work seven (7) hours immediately following the first shift, and be paid for eight (8) hours at the regular rate of wages.

Any shift work carried on, on Saturdays, Sundays or Holidays shall be paid for at double time.

In no case can the hours of one shift overlap into the hours of the following shift.

No Bricklayer shall work more than one shift in twenty-four (24) consecutive hours. The aforestated provisions regarding shift work applies exclusively to bricklayers.

### PROHIBITION OF CEMENT FINISHERS - SHIFT WORK

No shift work shall be permitted for cement finishers, unless approved by the Union in writing.

Upon mutual agreement between the Employer and the Union, a flexible working time may be advanced to 7:00 a.m. to 3:30 p.m.

Flexible starting time will be allowed subject to mutual agreement with the business agent.

Residential and Home Construction - Agreement will also be adopted by parties to this Agreement.

If an employee reports for work at the regular time and is not permitted to work, he shall be paid for two (2) hours show up time. If any employee reports for work at the regular starting time and work is started but ceased, due to bad weather, employee must remain on job site for two (2) hours to receive show up time pay, unless released by foreman or superintendent. When an employer requests additional workmen, and when such workmen report for work at a specified time and place, they shall be paid two (2) hours' show up time in the event they are not permitted to work, weather permitting.

If an employee starts to work, or remains on the job longer than two (2) hours, he shall receive no less than four (4) hours' pay. If an employee works more than four z(4) hours, the employee shall receive pay for the actual time worked.

16

## GRIEVANCES

Any member discharged from his job for any reason other then/but not limited to unsafe and/or unsatisfactory work or in the event of a shut-down and/or general layoff, may have this brought to the attention of the Grievance Committee.

No employee grievance will be considered unless submitted in writing to Local No. 37 and the Employer within ten (10) days of the alleged violation.  Employer must answer, in writing, within ten (10) days of receiving such notices.  Should the Employer not answer the Notice of Grievance within the ten (10) day period provided for above, then, in such event the Union shall, at their option, proceed with arbitration as provided for in the Illinois Arbitration Act and the parties hereto agree to such arbitration as the sole forum available to them.

The Grievance Committee will consist of the steward, business representative, and two members of the Contractor's Association. In the event the aforementioned should reach a deadlock situation, they shall mutually appoint an arbitrator in accordance with the Illinois Arbitration Act, whose decision will be final and binding. (Any expense involved in the process of arbitration will be borne equally by the contractor and the Union.)

## STEWARDS

A Steward for each job shall be appointed by the Business Representative of the Union and shall represent the Union.  The Steward shall be the last journeyman to be laid off in a cut back and may be discharged only with the approval of the business agent. Approval as required herein shall not be unreasonably withheld.

Stewards not to allow anyone to give orders except the recognized foreman on the job.

## FOREMEN

Each and every job requires a foreman when two (2) or more men are employed.

Any workman or foreman using tools in any of the trowel trades must have a paid up Bricklayers and Allied Craftsmen International

17

Union card or a recognized permit.

Foreman must supervise all layout work and give all orders to journeymen and apprentices. The foreman on the job shall receive no less than One Dollar ($1.00) per hour extra pay above the regular scale of wages.

When there are seven (7) or more members of one craft employed on a project, the foreman shall not work with the tools. Contractors holding a card in the Bricklayers and Allied Craftsmen International Union may run their own work in the trade for which they are qualified.

### APPRENTICES

Apprentices shall be under the jurisdiction of the Apprentice Committee of Local No. 37. All applications for apprentices by contractors must be referred to the Apprentice Committee and they shall decide as to the ability of the contractor to teach the applicant the trade.

The contractor or his representative and the applicant shall appear in person before the Apprentice Committee to make application.

The wage scale for apprentices shall be as follows:

First six months.................50% of Journeyman wages
Second six months................60% of Journeyman wages
Third six months.................70% of Journeyman wages
Fourth six months................80% of Journeyman wages
Fifth six months.................90% of Journeyman wages
Sixth six months.................95% of Journeyman wages

If due to a lack of work the contractor will notify the Union, who will place the apprentice with other contractors until such time as the indenturer has work.

When a start and/or call back situation occurs, the apprentice, if any, will be the third (3rd) man assigned and/or called back. In the event the indenturer has more than one (1) apprentice, the apprentice with the most seniority in the Union will be called back first. In further employment, the ninth (9th) man called back will be an apprentice and so on with every fifth

(5th) man employed thereafter when possible.

Apprentices shall not be permitted to operate an electric saw unless the cuts are for his own use.

## MISCELLANEOUS PROVISIONS

1.   PAYDAY.   All Members of Local No. 37 shall be paid weekly.   Pay to be in the hands of members before 3:30 p.m. on payday.   Any member not paid by 3:30 p.m. on payday shall be paid waiting time at the rate of eight (8) hours out of each twenty-four (24) hours until paid.

Payday shall be any day designated as such by the Employer. Once a payday has been designated by an Employer that payday may only be changed with the permission of the business agent.

2.   LAYOFFS.   When an employee is laid off or discharged for any cause he shall be paid in full immediately.   If forced to be paid for wages due, waiting time shall be paid as provided in the first paragraph listed under Payday.

The foreman is to be notified one (1) hour before members are to be laid off.

3.   PERMITTED TIME-OFF.   No member shall be penalized for leaving a job early to do personal business matter as long as he notifies the foreman in advance.   He shall be paid only for hours worked.

4.   TERMINATION OF EMPLOYMENT.   Should an employee be discharged, he shall be paid in full immediately and if he is discharged before 10:00 a.m. he shall receive two (2) hours pay. Should a member be discharged after 12:30 p.m. he shall receive a full day's pay except in the case of a general shut down.

5.   LABORING.   Finishers shall not finish cement and labor the same day unless paid Finisher wages for all hours worked.

6.   CONCRETE POURS.   When a pour is started all Finishers shall be on the job until completion of said job for that day including all overtime or at the discretion of the foreman.   The remaining work force shall be "Local Journeymen".

7.   SPEED LEADS.   Speed leads shall be allowed at the business agent's discretion.

8.   SHOW UP TIME.   If an employee reports for work at the regular starting time and is not permitted to work, he shall be paid for two (2) hours show up time.   If any employee reports for work at the regular starting time and work is started but ceased, due to bad weather, employee must remain on job site for two (2) hours to receive show up time pay, unless released by foreman or superintendent.   When an Employer requests addition workmen, and when such workmen report for work at a specified time and place, they shall be paid two (2) hours show up time in the event they are not permitted to work, weather permitting.

10.   GRINDING CONCRETE.   All contractors must furnish all equipment for rubbing, grinding and cleaning of all concrete.

11.   USE OF CONCRETE.   All concrete poured on any job site shall require a Cement Finisher, supplied to the contractor in accordance with this Agreement.

12.   LARGE JOBS.   One Finisher shall be employed for each 1250 square feet of floor space on projects planned to have 100,000 square feet of floor area or more.

13.   HAND HELD SAWS.   Hand held saws may be used at the discretion of the operator.   Should any Mason choose not to use a hand held saw the Employer shall not take any disciplinary or retaliatory action against such employee.

14.   NON-DISCRIMINATION.   Nothing in this Agreement shall be used to discriminate against any applicant for employment because of race, creed, color, religion, state of national origin, age, or physical handicap.

15.   BINDING EFFECT.   This Agreement and the terms, conditions and provisions contained herein shall bind the parties hereto and their respective representatives in interest.

16.   SEVERABILITY.   Should any term, condition and/or provision of this Agreement be held to be invalid or void by a court of competent jurisdiction then, in such event, said term, condition and/or provision shall be deemed removed from said Agreement and the remainder of the Agreement shall be full force and effect.

20

17. **ATTORNEY'S FEES.** In the event any litigation, arbitration or claim is made by any party to this agreement, or any entity performing work hereunder, to interpret, construct or enforce the provisions hereof, or any document referred to herein, then in such event, the non-prevailing party in such litigation, arbitration or claim shall pay the prevailing parties reasonable expenses including, but not limited to, attorney's fees, court costs pre-judgment interest, witness fees and such other expenses.

IN WITNESS WHEREOF, the parties have signed this Agreement on this ___6___ day of ___May___, 1993, with full and proper authority and right to do so.

# Bricklayers and Allied Craftsmen

## LOCAL NO. 37

### 220 W. Court Street

### Kankakee, Illinois 60901

### AGREEMENT

It is hereby agreed that a new two-year Agreement has been negotiated between the Kankakee Area Contractors Association Inc., and Bricklayers and Allied Craftsman Union Local #37 of Kankakee, Illinois. Said agreement shall be in full force and effect from June 1, 1993 through May 31, 1995 as follows:

1st Year - Wage increase of $1.05 per hour effective June 1, 1993.

2nd Year - Wage increase of $1.15 per hour effective June 1, 1994

### JUNE 1, 1993 THROUGH MAY 31, 1995

| | |
|---|---|
| WAGE | $ 20.13 |
| HEALTH & WELFARE | $ 3.22 |
| PENSION | $ 3.00 |
| TOTAL | $ 26.35 |

Working Dues Checkoff $0.40 per hour.
Residential Housing scale to be 75% of wages, full benefits.
Working Dues Checkoff to be $0.030 per hour.
.30 W.L. 5-20-93

1st Year - $1.05 per hour to be allocated at the discretion of the Local.

2nd Year - $1.15 per hour to be allocated at the discretion of the Local.

### JUNE 1, 1993 THROUGH MAY 31, 1994

WAGE
HEALTH & WELFARE
PENSION
TOTAL
WORKING DUES

$1.15 per hour to be allocated at the discretion of the local to the Health & Welfare.

Signed by and for the Kankakee Area Contractors Association Inc.

Signed by and for the Brick layers and Allied Craftsman Local #37 of Kankakee, Illinois

MAR 24 '95 14:30 BRICKLAYERS LOCAL 46 IL       *ACME TILE CO* P.3/3

# MEMORANDUM OF AGREEMENT

*523400 37IL/140*

THIS AGREEMENT, made and entered into in Kankakee, Illinois, by and between the ...................

*Acme Tile Co*

hereinafter referred to as (EMPLOYER), and the KANKAKEE BRICKLAYERS AND ALLIED CRAFTSMEN UNION LOCAL 37, hereinafter referred to as the (UNION).

In consideration of the mutual promises of each other, the parties hereby AGREE as follows:

1. The EMPLOYER recognizes the UNION as the sole and exclusive collective bargaining representative for and on behalf of the employees of the EMPLOYER, now or hereafter employed within the territorial and occupational jurisdiction of the UNION.

2. The parties do hereby adopt the latest Agreement, and all approved amendments thereto between the UNION and the KANKAKEE AREA CONTRACTORS ASSOCIATION, INC. and agree to be bound by all of the terms and conditions thereof for the duration of such Agreement and for the period of any subsequent extensions including any amendments which may be subsequently made, unless either party serves written notice upon the other at least sixty (60) days prior to the stated expiration date in the Agreement or to any subsequent expiration date of a desire to terminate this Memorandum of Agreement.

3. This Agreement shall become effective upon the date of execution.

IN WITNESS WHEREOF, the parties have executed this Memorandum of Agreement the *21ST*

day of _____*MARCH*_____ 19*95*

Employer: *Acme Tile*

Address *3330 W. Farmington Rd*

City and State *Peoria IL 61604*

Telephone *309-674-5226*

By: _____

Local 37