UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,

      Plaintiffs,

      v.

ACME TILE, INC.,
  d/b/a ACME TILE CO., INC.,

      Defendant.

Civil Action No. 05-1052
Judge: John D. Bates

**DECLARATION IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

      Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

      1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

      2. On September 6, 2005, service of the Summons and Complaint in this action was made upon Acme Tile Inc., d/b/a Acme Tile Co., Inc., by delivering said documents at 12417 5th Street, Pekin Illinois 61554 to Gene Wyman, owner, and authorized to accept service on behalf of Acme Tile, Inc.

     3.    Proof of such service is provided by the declaration of process server, Charles L. Von Rohr, attached hereto as Exhibit 1.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: _September 27, 2005_       _____
                                                                Claudette M. Elmes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration in Support of Service of Summons and Complaint was served by first class mail, postage prepaid, this 27th day of September, 2005 upon:

>Acme Tile, Inc
>  d/b/a Acme Tile Co., Inc.
>12417 – 5th Street
>Pekin, IL  61554

_____
Andrea Newell