**EXHIBIT 1**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Amended *<br>Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>09/06/05 @ 3:45 pm |
| NAME OF SERVER *(PRINT)*<br>CHARLES L. VON ROHR | TITLE<br>PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Gene Wyman, Owner, authorized to accept. Service was complete at 12417 5th Street, Pekin, Illinois 61554

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    09/06/05
                  Date

*Signature of Server*

OFFICIAL SEAL
MARILYN KREITER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-31-2009

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
Address of Server WASHINGTON, D.C. 20009
(202) 667-0050

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Exhibits A & B

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN et al,

      Plaintiffs,

      V.

ACME TILE INC.,
  d/b/a ACME TILE CO., INC.,

      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01052

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP:

TO: (Name and address of Defendant)

ACME TILE, INC.
  d/b/a/ ACME TILE CO., INC.
12417 - 5th Street
Pekin, IL  61554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037

an answer to the Amended complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          AUG 8  2005

CLERK                                          DATE

(By) DEPUTY CLERK