CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FLYNN, et al.,
           Plaintiffs,           )
                                 )
      vs.                        )      Civil Action No. 05-1052 (JDB)
                                 )
ACME TILE INC.,                  )
  d/b/a ACME TILE CO., INC.      )
           Defendat,             )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __27th__ day of __September, 2005__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __ACME TILE, INC., d/b/a Acme Tile Co., Inc.__

was [were]:   [personally served with process on __September 6, 2005__].
              OR
              [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
              _____].
              OR
              [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
              _____].
              [The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
              _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

184564
Bar Id. Number

Address and Telephone Number
(202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACME TILE, INC.,<br>　d/b/a ACME TILE CO., INC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1052<br>) Judge: John D. Bates<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> 2101 L Street, N.W.
> Washington, D.C. 20037-1526
> Telephone: (202) 828-2234
> Facsimile   (202) 887-0689
>
> Acme Tile, Inc
> 　d/b/a Acme Tile Co., Inc.
> 12417 – 5th Street
> Pekin, IL 61554
> (309) 348-1543

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Default and Affidavit in Support of Default were served by first class mail, postage prepaid, this 27th day of September, 2005, upon:

>Acme Tile, Inc
>  d/b/a Acme Tile Co., Inc.
>12417 – 5th Street
>Pekin, IL  61554


_____
Andrea Newell