**EXHIBIT C**

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN et al,

    Plaintiff(s)

v.

Civil Action No. 05-1052 (JDB)

ACME TILE CO, INC.
doing business as
ACME TILE CO., INC.

    Defendant(s)

RE: ACME TILE CO, INC.
doing business as
ACME TILE CO., INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 6, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of September, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk