IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACME TILE, INC., ) <br> d/b/a ACME TILE CO., INC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1052 <br> Judge: John D. Bates |

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on September 6, 2005, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default on September 30, 2005, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1. That the Plaintiffs John Flynn, James Boland, Gerald O'Malley, Kan Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Verlardo,

Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck and Vincent DeLazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street, N.W., Fifth Floor, Washington, D.C. 20006, recover from the Defendant, Acme Tile, Inc., d/b/a Acme Tile Co., Inc., 12417 – 5th Street, Pekin, IL 61554, the sum of $14,382.21;

2. That Acme Tile, Inc., d/b/a Acme Tile Co., Inc. be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Acme Tile, Inc., d/b/a Acme Tile Co., Inc.; and

4. That Acme Tile, Inc., d/b/a/ Acme Tile Co., Inc. comply with its obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: October _____, 2005            _____
                                          John D. Bates
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>ACME TILE, INC., <br>　d/b/a ACME TILE CO., INC, <br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-1052<br>)　Judge: John D. Bates<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Acme Tile, Inc
      d/b/a Acme Tile Co., Inc.
    12417 – 5th Street
    Pekin, IL 61554
    (309) 348-1543